# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES -REOPENING/CLOSING

Case No.  ED 15-cv-02636 VAP (SPx)                    Date  October 9, 2018

Title:  Ratib Ahmadi, et al  v.  Calnet Inc., et al

Present: The Honorable   VIRGINIA A. PHILLIPS, CHIEF U. S. DISTRICT JUDGE

|  Beatrice Herrera  |  N/R  |
|---|---|
|  Deputy Clerk  |  Court Reporter / Recorder  |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

   NONE                                             NONE

Proceedings:    ☐ In Court      ☒ In Chambers      ☐ Counsel Notified

☐ Case previously closed in error.  Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other  Case consolidated with 5:14-cv-00628 VAP (SPx).  Final settlement approval on 8/22/2017.

☐ Entered _____.

Initials of Preparer     Bea